## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DONALD L. MOSHIER , JR., | : | CIVIL ACTION NO. 1:08-CV-0510 |
| | : | |
| Plaintiff, | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| FEDERAL BUREAU OF PRISONS, | : | |
| et al., | : | |
| | : | |
| Defendants | : | |

## <u>ORDER</u>

AND NOW, this 5th day of November, 2010, it appearing that this matter is

trial ready, it is hereby ORDERED that:

1.   Motions in limine and supporting briefs shall be filed on or before December 10, 2010.

2.   Counsel for plaintiff and defendants are hereby ATTACHED for the trial of this matter which shall commence **at 9:30 a.m. on Monday, February 7, 2011,** in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.

3.   If plaintiff is incarcerated, a writ will issue before trial to secure his attendance.

4.   The final pretrial conference will be held at **10:00 a.m. on Wednesday, January 19, 2011**, in Jury Room No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania.  The deadline for filing pretrial memoranda is 12:00 p.m. on **Wednesday January 12, 2011**.

5.   Proposed voir dire and jury instructions shall be filed on or before January 19, 2011, or, may be submitted at the final pretrial conference.

6.      Prior to the commencement of trial, the parties shall submit three (3)
        complete exhibit lists (see attached form) and three (3) complete sets of
        exhibits for the court's use, in addition to the original exhibits to be
        offered into evidence.


                            S/ Christopher C. Conner
                            CHRISTOPHER C. CONNER
                            United States District Judge

**(JUDGE CONNER)**

**EXHIBIT LIST**

Page ___ of ____

Case Name: _____

Case Number:_____

| Plaintiff | Defendant | Description of Item | Identified | Ruling | Evidence | Witness |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |