**FILED**
**HARRISBURG, PA**
NOV 05 2010
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DONALD L. MOSHIER, JR., : | CIVIL ACTION NO. 1:08-CV-0510 |
| Plaintiff : | |
| v. : | (Judge Conner) |
| : | |
| FEDERAL BUREAU OF PRISONS, : | |
| et al., : | |
| Defendants : | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO: THE UNITED STATES MARSHALS SERVICE and THE WARDEN OF THE FEDERAL CORRECTIONAL INSTITUTION AT SHERIDAN, OREGON

You or one of your authorized deputies are hereby commanded to produce the person of **DONALD L. MOSHIER, JR., Inmate Register No. 10924-052**, from FCI Sheridan, Sheridan, Oregon, to the Federal Courthouse, Courtroom No. 2, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania, for the purpose of attending and testifying at trial in the above-captioned action, to which he is a party, on **Monday, February 7, 2011, at 9:30 a.m.**, and to keep the prisoner safe and confine him from day to day, when not appearing in court. The prisoner shall be produced in court wearing street clothes, not in prison garb. At the conclusion of the proceedings, the prisoner shall be returned to the institution where he is currently incarcerated. The Warden shall convey to the prisoner the notification of the appearance of the prisoner before the Court as soon after this notification is received as is practicable.

Dated: November 5, 2010

_____
CHRISTOPHER C. CONNER
United States District Judge